# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  GREGORY JOSEPH MILLER      :        Chapter 7
        TAMMY LYNN MILLER         :
                                   :
             Debtors               :        Case No. 10-21288-REF
                                   :

## ORDER OF COURT

AND NOW, this _____ day of February, 2011, after hearing testimony on Debtor's Amended Motion for Contempt for Breach of the Automatic Stay with Respect to Neil Ettinger and Ettinger & Associates, LLC, and response thereto it is:

ORDERED that Respondents, Ettinger & Associates, LLC and Neil Ettinger, Esquire, are found to have violated the Automatic Stay and are hereby held in Contempt of Court for having violated the same.  It is further ORDERED that Respondents Neil Ettinger, Esquire, and Ettinger & Associates, LLC, are jointly and severally liable for and shall pay for all costs and attorney's fees incurred by the debtors in the pursuit of this claim with payment to be made directly to:

1.  Thomas L. Lightner, Esquire in the amount of $_____, and to
2.  Greg and Tammy Miller in the amount of $_____ and
3.  _____ in the amount of $_____

as sanctions to prevent the respondents and those similarly situated from engaging in such activity in the future.

All payments shall be paid within Ten (10) days from the date of this Order.

BY THE COURT:

_____
HONORABLE RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Demetrios H. Tsarouhis
Keifer & Tsarouhis, LLP
21 S. 9th Street
Allentown, PA 18102

Gregory Miller
Tammy Miller
4001 Perry Court E.
Danielsville, PA 18038

Michael H. Kaliner, Trustee
Jackson Cook Caracappa Kaliner & Scott
312 Oxford Valley Road
Fairless Hills, PA 19030

United States Trustee
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107